**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

JAMES OBERT, individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Nebraska corporation; GEICO INSURANCE AGENCY, LLC, a Maryland limited liability company,

        Defendants.

Case No. 2:26-cv-01770-JHC

**STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER**

Plaintiff James Obert ("Obert") and Defendants, Government Employees Insurance Company ("GEICO") and GEICO Insurance Agency, LLC ("GIA") (collectively, "Defendants"), stipulate that, pursuant to Local Civil Rules 7(d)(1) and 10(g), Defendants' response to Obert's Complaint shall be extended from May 29, 2026 to June 12, 2026. The parties conferred collaboratively and in good faith and agree that good cause exists for this extension given Obert's numerous alleged claims in his Complaint.

IT IS SO STIPULATED by and between the parties.

STIPULATED MOTION & ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT
2:26-CV-01770- 1

DATED this 28th day of May, 2026.

SEYFARTH SHAW LLP

By:  */s/ Nicholas Gillard-Byers*

Nicholas Gillard-Byers (WSBA No. 45707)
ngillard-byers@seyfarth.com
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Telephone: (206) 946-4910
Facsimile: (206) 946-4901

*Attorney for Defendants Government Employees Insurance Company ("GEICO") and GEICO Insurance Agency, LLC ("GIA")*

JUSTICE LAW CORPORATION

By:  *s/ \*\*\**

Douglas Han (WSBA No. 59429)
dhan@justicelawcorp.com
Shunt Tatavos-Gharajeh (WSBA No. 59424)
statavos@justicelawcorp.com
Dean Pettita (WSBA No. 58295)
dpetitta@justicelawcorp.com
Justice Law Corporation
1215 4th Avenue, Suite 1630
Seattle, Washington 98101
Telephone: (360) 207-0000
Facsimile: (818) 230-7259

*Attorneys for Plaintiff James Obert*

STIPULATED MOTION & ORDER TO EXTEND DEADLINE FOR
DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT
2:26-CV-01770- 2

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Defendants' deadline to respond to Plaintiff James Obert's Complaint shall be extended from May 29, 2026 to June 12, 2026.

IT IS SO ORDERED.

DATED this 28th day of May, 2026.

_____
John H. Chun
United States District Judge

ORDER
2:26-CV-01770 - 3