**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

JAMES OBERT, individually and on behalf of all others similarly situated,

        Plaintiff,

  v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Nebraska corporation; GEICO INSURANCE AGENCY, LLC, a Maryland limited liability company,

        Defendants.

Case No. 2:26-cv-01770-JHC

**ORDER GRANTING THE STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**

**ORDER**

This Court, having considered the stipulation of Plaintiff James Obert ("Obert") and Defendants Government Employees Insurance Company and GEICO Insurance Agency, LLC (collectively, "Defendants") to extend Defendants' deadline to file an Answer to Obert's First Amended Complaint from July 20, 2026 to July 27, 2026 (Dkt. # 21), hereby:

ORDERS that Defendants' deadline to answer Obert's First Amended Complaint shall be extended from July 20, 2026 to July 27, 2026.

IT IS SO ORDERED.

ORDER GRANTING STIPULATION TO
EXTEND DEFENDANTS' DEADLINE TO ANSWER
PLAINTIFF'S FIRST AMENDED COMPLAINT
2:26-CV-01770 [JHC] - 1

DATED this 17th day of July, 2026.

_____
John H. Chun
United States District Judge

ORDER GRANTING STIPULATION TO
EXTEND DEFENDANTS' DEADLINE TO ANSWER
PLAINTIFF'S FIRST AMENDED COMPLAINT
2:26-CV-01770 [JHC] - 2