UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JAMES OBERT, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Nebraska corporation; and GEICO INSURANCE AGENCY, LLC, a Maryland limited liability company,

Defendants.

Case No.: 2:26-cv-01770-JHC

**ORDER GRANTING PLAINTIFF'S FRCP 12(f) MOTION TO STRIKE DEFENDANTS' NINTH AFFIRMATIVE DEFENSE**

This matter comes before the Court on Plaintiff's FRCP 12(f) Motion to Strike Ninth Affirmative Defense. Dkt. # 24. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Plaintiff at Dkt. ## 24 & 26—particularly the reliance on *Robertson v. Valley Communications Center*, 18 Wn. App. 2d 122, 134-36 (2021)—the Court GRANTS the motion. The Court thus STRIKES Defendants' Ninth Affirmative Defense.

//

//

DATED this 22nd day of October, 2026.

John H. Chun
United States District Judge