**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| JAMES OBERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Nebraska corporation; GEICO INSURANCE AGENCY, LLC, a Maryland limited liability company,<br><br>Defendants. | Case No. 2:26-cv-01770-JHC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO BIFURCATE DISCOVERY AND FOR PROTECTIVE ORDER** |

This Court, having considered Defendants Government Employees Insurance Company and GEICO Insurance Agency, LLC's (collectively, GEICO) Motion to Bifurcate Discovery and for Protective Order, Dkt. 30, the parties briefing on the same, and all papers filed in connection to the Motion, hereby ORDERS that:

1. GEICO's Motion is GRANTED.

2. Discovery in this matter will be bifurcated according to the case schedule below:

| Event | Deadline/Dates |
|---|---|
| Discovery limited to Obert's individual claims | November 2, 2026 through February 1, 2027 |
| Motion for summary judgment regarding Obert's individual claims | Motion due March 2, 2027<br>Opposition due April 2, 2027<br>Reply due April 9, 2027<br>Noting date: April 9, 2027 |
| Class-related discovery (if needed) | Begins on date Court rules that any of Obert's individual claims survives summary judgment |

3. Subject to the grant of the Motion, GEICO's obligation to respond to any class-wide discovery requests is stayed unless and until this Court determines that at least one of Obert's individual claims survives summary judgment.

IT IS SO ORDERED.

DATED this 24th day of November, 2026.

John H. Chun
United States District Judge